FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 15 2020

MITCHELL R. ELFERS
CLERK lmn

20cv1065 KG/CEG

STATE OF NEW MEXICO
COUNTY OF
JUDICIAL DISTRICT COURT

Keith Henderson
Plaintiff/Petitioner

v.

No. CR 2015 - 01925

State of New Mexico
Defendant/Respondent

MOTION TO/FOR Request to amend a ordinance by 100 ft so I can parole to this residence.

My name is Keith Henderson

I request the Court do the following:

I am asking this court to please amend a ordinance which states I am 100ft shy to be able to parole to my residence.

The reasons the judge should grant my request are (attach additional pages if needed):

Due to the Pandemic covid 19 my girlfriend has a house a residence and she can not move due to the added expence and lack of work hours and restrictions placed by our state Govoner. Making it a hardship to her and for me. this is my grounds for relief sought.

Therefore, I respectfully ask the Court to grant this motion.
Per Rule 1-011 of the Rules of Civil Procedure, my signature here indicates that:
I have read the motion and to the best of my knowledge, information and belief, there is good ground to support it; and I am not using the motion to delay the case.

x Keith J Henderson
Signature of party making the motion
Mailing Address:
NwNM Detention Facility
CoreCivic / 1700 East old Hwy 66
Grants N.M 87020
Phone:

**Certificate of Mailing**
I certify that I sent a copy of this whole motion to all other parties in this case by mailing it to them or their attorneys at the following addresses:

STATE OF NEW MEXICO
COUNTY OF
JUDICIAL DISTRICT COURT

_Keith Henderson_
Plaintiff/Petitioner

v.                                                No. CR 2015-01925

_State of New Mexico_
Defendant/Respondent

ORDER ON MOTION _to amend a ordinace by 100ft so I can parole to my residence._

THE COURT has considered the following motion:

_____

_____

This motion was filed by:

_Keith Henderson_ _____

After consideration of the motion, the Court ☐ grants ☐ denies the motion.

In particular:

[✓] The request to appear telephonically is granted. _____ may appear by phone, and is responsible to call the Court **ten minutes before** the hearing.

[ ] The request to continue a hearing/trial is granted. The hearing/trial that had been set for _____ is rescheduled for _____ at _____ a.m./p.m.

[ ] _____

_____

_____

DISTRICT COURT JUDGE

Order proposed by:

_____

JUDICIAL DISTRICT COURT
COUNTY OF
STATE OF NEW MEXICO

(1) __Keith Henderson__,
   Petitioner/Plaintiff,

v.                                    (3) _____

(2) __State of New Mexico__,
   Respondent/Defendant.

## (4) REQUEST FOR HEARING

1. Assigned Judge: _____

2. Type of Case: __Criminal__

3. Jury: _____  Non-Jury __✓__

4. Dates of hearings presently set: _____  None: _____

5. Matter to be heard: __request a Amendment__

6. Estimated time required: __what court Deems fit__

(5) Names, addresses and telephone numbers of all persons entitled to notice:
(this includes you, any other person in the case who is not represented, and any attorney involved in the case)

| (a) Your name and address here: Keith Henderson 1700 East old Hwy 66 Grants NM 87020 | (b) |
|---|---|
| (c) NM Probation and Parole 4337 NM 14 Santa Fe N.M 87505 | (d) |

Submitted by: __Keith J Henderson__          __Keith Henderson__
              Signature                       Print Name
Address: __1700 East old Hwy 66__
         __Grants N.M 87020__                 Phone Number: _____

④

I Kieth Henderson is respectfully submiting this motion so my Const. Amend VIII will not be violated which includes the unnecessary and wanton infliction of pain to me and my girlfried. Because conditions of confinement are part of the penalty imposed upon criminal offenders, they too fall within the ambit upon the Eighth Amendment. It is immaterial whether such conditions results from restrictions imposed for administrative, rather than punitive reasons. Procedural Due Process 7 Scope of Protection [HN23] The touchstone of due process is protection of the individual against arbitrary action of government. The proper forum for adjudicating a challenge to conditions of confinment is a court of law, not a prison administrative board. This is why I am presenting my case to my court due to Mitigating circumstances of present rules of parole and probation imposed. Due to the pandemic Covid 19 our way of life have change in prison and on day to day life my familys home was inspected by probation and parole and it passed inspection the only thing that did not was the distence of my residence by a park. It was 100 ft shy. But in my defence there is a major street dividing my home and a park. Also due to the pandemic my family has gone thru some hard times from work to paying bills which caused unneisasory problems to my family so I am asking to please amend that rule in my case. I have followed all rules regulations and have been a Ideal prisoner I have participated in programs offered at the penitentiary. Due to my behavior while in rehabitatation I merit a second chance. Please consider these factors so you could grant my petition

1. Mitigating circumstances caused by the pandemic covid 19
2. Time served to date
3. Conduct in prison
4. Psychiatric History
5. Current physical and psychiatric reports
6. Work Ethics
7. Participation in educational, vocational, recreational and religious programs offered by the penitentiary.



8 Medical Disibilities
9 Participation in other Programs
10 Participation in theraphy programs available
11 The Desire to obtain parole
12 No resentment or hostifity (checking to verify Mental Health
13 Positive Indications of favorable attitudical changes - verified thru Mental Health
14 Support and treatment of family
15 Attitude of my family I am returning to
16 Lauth of time in Jobs.
17 Job skills
18 Compotability of Job.
19 Living conditions verified thru (security)
20 At all times I acted in a honorable manner as a good member of the community - Can be verified thru mental Heatth and past employers
21 My families socrofies to get me back to them. If you do not grant my petition it would cause financial burden on my family they would have to move and with this pandemic it is hard.

I know as the parolee and the state would revoke my probation and parole , if any condition is violated. So I am asking for a inquiry by this court to see I have been a model citizen ready to reinstigrate to society as a good citicen so when the Board went to my home The Board Believes that he is able and willing to fulfill the obligations of a law abiding citizen this is why I am petitioning to grant my motion and let me parole to this address.

" People ex rel. Menechino v. Warden, Green Haven State prison
In Menechino, when a mans liberty is at stake, it is of no comfort to the man to be told that the hearing at which his fate is to be determined is merely an administrative re-evaluation of the wisdom of extending the priviledg (ie parole) of conditional freedom that had been granted to him. Where a parolees liberty is at issue the stake is just to important to be left completly to the unchallenged discretion of the parole



(3)

In New Mexico a foundation for constructing a case for due process in Ex Parte Lucero.

This requirement of a hearing in all cases where personal liberty is involved because a requirement that an individual be granted the right of counsel. When the mandate of Lucero is added to the statement of U S Supreme Court in Powell v Alabama The Supreme Court declared in the case that the right to be heard would be " of little avail if it did not comprehend the right to be heard by the court. and counsel. So I am respectfully asking to review my petition and grant it in consideration for all the years I served in prison and acted in a honorable way. Please let me parole to this address and amend the 100ft=. I will aby all rules and ordinances and statues may the grace of this court be upon me and my family and our petition

Respectfully
Submitted

Keith J Henderson

Keith J Henderson
#48106-F2-205
PO Box 800
Grants, N.M.
87020

Legal mail

ALBUQUERQUE NM 870
14 OCT 2020 PM 4 L

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 15 2020
MITCHELL R. ELFERS
CLERK

87102-227470

U.S. District Court
333 Lomas Blvd N.W. Suit 270
Albuquerque, N.M. 87102