IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KEITH HENDERSON,

        Plaintiff,

vs.                                                  No. CV 20-01065 KG/CG

STATE OF NEW MEXICO,

        Defendant.

## JUDGMENT

THIS MATTER is before the Court on the pro se handwritten letter complaint filed by Keith Henderson (Doc. 1), and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice under Fed. R. Civ. P. 41(b) for failure to comply with Court Orders, failure to comply with statutes and rules, and failure to prosecute this proceeding,

IT IS ORDERED that Judgment is entered and the pro se handwritten letter complaint filed by Keith Henderson (Doc. 1) is DISMISSED without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE